# United States District Court
# For The Western District of North Carolina
# Asheville Division

PEDRO FREY-HUERTA,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Civil Case No. 1:10cv146
[Criminal Case No. 1:08cr63]

DECISION BY COURT. This action having come before the Court by on an initial review of the Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, Or Correct Sentence, filed July 13, 2010 [Doc. 1]. and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/3/10 Order.

Signed: August 3, 2010

Frank G. Johns, Clerk
United States District Court